IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 12-1022-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| JEREMY JOE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 28, 2013, this Court entered a Preliminary Order of

Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c),

based upon the defendant's guilty plea entered on January 9, 2013, in which defendant

consented to the forfeiture of any interest he had or has in the firearms alleged to be

subject to forfeiture under the Forfeiture Allegation of the November 27, 2012,

Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for

30 consecutive days beginning February 1, 2013, and continuing through March 2,

2013, of the United States' intent to dispose of the property in accordance with the law

and further notifying all third parties of their right to petition the Court within thirty (30)

days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized

property against the firearms included in the Preliminary Order of Forfeiture entered on

January 28, 2013.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Jeremy Joe Johnson, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

      **a.**     **a Mossberg 20 gauge shotgun, Model 500C, serial number R498437, seized from defendant on or about November 11, 2011, in Waukon, Iowa;**

      **b.**     **a Mossberg 12 gauge shotgun, Model 500A, serial number J377939, seized from defendant on or about November 11, 2011, in Waukon, Iowa;**

      **c.**     **a Marlin 30-06 rifle, Model XL7, serial number XL711208, seized from defendant on or about November 11, 2011, in Waukon, Iowa;**

      **d.**     **a Remington Arms Company, Inc., Model 700, .243 caliber rifle, serial number B6266908, seized from defendant on or about November 11, 2011, in Waukon, Iowa; and**

      **e.**     **a Ruger .22 caliber rifle, Model 10/22, serial number 244-55932, seized from defendant on or about November 11, 2011, in Waukon, Iowa.**

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order, to include any ammunition, if seized.

4.    That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5.    That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 15th day of April, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA